IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RUBY CRAIGG                                                          PLAINTIFF

     v.                Civil No. 04-6065

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                              DEFENDANT

## JUDGMENT

On this 6th day of October, 2005, the Court has before it for consideration the request

for attorney's fees filed by plaintiff's attorney, Richard S. Muse, pursuant to the Equal Access to

Justice Act, *28 U.S.C. § 2412.* In accordance with the Memorandum Opinion filed in the above

styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is

awarded fees in the amount of $2,044.00 under *28 U.S.C. § 2412.*

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge